AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| PRIYA KWEERA RANA | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | ) ) Civil Action No. 1:26-cv-1080 |
| | ) ) ) |
| AMIT SINGH RANA | ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AMIT SINGH RANA,
      101 Drury Circle
      Sterling, VA 20164

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles J. Homiller, Jr.,
      HOMILLER LAW FIRM,
      13801 Village Mill Drive, Suite 205,
      Midlothian, Virginia, 23114.
      PH: (804) 608-5228
      Email: charles@homillerlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     4/21/2026

                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1080

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**NOTICE**

**CONSENT TO TRIAL BY MAGISTRATE JUDGE**

Pursuant to Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c) you have the right to have your case conducted before a United States Magistrate Judge upon consent of all parties.  In order to proceed before the Magistrate Judge, a consent form must be filed with the Clerk's Office.  It may be filed jointly or separately. The consent form may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office.  Please refer to the previously mentioned rule for further information.


**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1, a financial interest disclosure statement must be filed by a "nongovernmental corporation, partnership, trust, [or] other similar entity that is a party to, or that appears in, an action or proceeding in this Court." This statement should be filed with "the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court.  The financial interest disclosure statement may be printed from the U.S. District Court website (listed below) or obtained from the Clerk's Office.  Please refer to the previously mentioned rule for further information.

**ALEXANDRIA DIVISION SPECIFIC INFORMATION**

Information regarding Alexandria Chambers Copy, Civil and Criminal Motions Procedures, and Other Division-Specific information can be found on the U.S. District Court website at:

http://www.vaed.uscourts.gov/ecf/documents/AlexandriaInformation-01-01-18_000.pdf


**WEBSITE AND CLERK'S OFFICES ADDRESSES**

The website address for the U.S. District Court for the Eastern District of Virginia is www.vaed.uscourts.gov.  If you do not have access to a computer, contact one of the Clerk's Offices listed below to obtain either of these forms:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2101

Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510
(757) 222-7201

Spotswood W. Robinson, III
and Robert R. Merhige, Jr. Federal Courthouse
 701 East Broad Street
Suite 3000
Richmond, VA 23219
(804) 916-2220

 U.S Federal Courthouse
 2400 West Avenue
 Newport News, VA 23607
 (757) 247-0784